UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARK GARDNER, DANIELLE BAKER, and all others similarly situated,

Plaintiffs,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, UNIVERSAL TITLE COMPANY, and UNIVERSAL PARTNERSHIPS INC.,

Defendants.

Case No. 00-CV-2176 PAM/SRN

**ORDER**

---

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and based upon the Stipulation for Enlargement of Time to Respond to Complaint filed with the Court on November 16, 2000,

IT IS ORDERED that the time within which Defendants First American Title Insurance Company, Universal Title Company, and Universal Partnerships Inc. are required to respond to the Plaintiffs' Complaint shall be enlarged and that Defendants shall have up to and including November 20, 2000 to respond to such Complaint.

BY THE COURT:

Dated: 11|17, 2000

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED NOV 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK