UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK GARDNER, DANIELLE BAKER AND ALL OTHERS SIMILARLY SITUATED, Plaintiffs, vs. FIRST AMERICAN TITLE INSURANCE COMPANY, UNIVERSAL TITLE COMPANY, UNIVERSAL PARTNERSHIPS INC. Defendants. | COURT FILE NO. CV 00-2176 PAM/SRN |
| | and ORDER |
| | **STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants First American title Insurance Company, Universal Title Company, and Universal Partnerships, Inc., respectfully submit this Stipulation for Enlargement of Time to Respond to Complaint.

WHEREAS, on November 20, 2000, Defendants First American Title Insurance Company, Universal Title Company, and Universal Partnerships, Inc., caused to be served upon Plaintiffs a document entitled Defendants' Motion to Dismiss Plaintiffs' Complaint in the above-captioned matter;

WHEREAS, counsel for Defendants agreed on November 28, 2000, to allow Plaintiffs an additional twenty-five (25) days to respond to Defendants' Motion to Dismiss, or January 6, 2001; and

WHEREAS, counsel for Plaintiffs have agreed on November 28, 2000, to allow Defendants until January 26, 2001, to reply; and

FILED DEC 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

WHEREAS, counsel for Plaintiffs confirmed that agreement with Defendants by letter dated November 28, 2000; and

THEREFORE, Plaintiffs Mark Gardner and Danielle Baker and Defendants First American Title Insurance Company, Universal Title Company, and Universal Partnerships, Inc., through their undersigned counsel, hereby stipulate that the time within which Plaintiffs are required to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint shall be enlarged and that Plaintiffs shall have up to and including January 5, 2001, to respond to such Motion; Defendants shall have up to and including January 26, 2001, to reply.

ZIMMERMAN REED, P.L.L.P.

Dated: December 8, 2000

Barry G. Reed MN #90056
J. Gordon Rudd, Jr. MN #222082
Hart L. Robinovitch MN #240515
ZIMMERMAN REED P.L.L.P.
901 North Third Street, Suite 100
Minneapolis, MN 55401
(612) 341-0400
(612) 341-0844 - facsimile

**Attorneys for Plaintiffs**
**Mark Gardner and Danielle Baker**

DORSEY & WHITNEY, L.L.P.

Dated: December 11, 2000

Janice M. Symchych - #108711X
William E. Dornbos - #029049X
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

**Attorneys for Defendants First American Title Insurance Company, Universal Title Company, and Universal Partnerships, Inc.**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK GARDNER, DANIELLE BAKER AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, UNIVERSAL TITLE COMPANY, UNIVERSAL PARTNERSHIPS INC.<br><br>Defendants. | COURT FILE NO.<br><br>**ORDER** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and based upon the Stipulation for Enlargement of Time to Respond to Defendants' Motion to Dismiss Plaintiffs' Complaint filed with the Court on November 20, 2000.

IT IS ORDERED that the time within which Plaintiffs are required to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint shall be enlarged and that Plaintiffs shall have up to and including January 5, 2001, to respond to such Motion; Defendants shall have up to and including January 26, 2001, to reply.

BY THE COURT:

Dated: December 20, 2000

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge