UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2176(DSD/SRN)

Mark Gardner, et al.,

Plaintiffs,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

First American Title Insurance Company,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 24, 2002, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: July 18, 2002

David S. Doty, Judge
U.S. District Court

28

FILED JUL 18 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials JK

Date: July 22, 2002 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-02176 Gardner v. First American Title

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT ( Senior Judge David S. Doty ) Case reassigned to Judge Richard H. Kyle by use of the master list, and Case referred to Magistrate Judge Arthur J. Boylan. Case number remains the same except for Judges' and Mag. Judges' initials 00-2176 RHK/AJB. Case number with new Judges' and Mag. Judges' initials to be used on all future pleadings and papers submitted to the Court regarding this civil action 00-2176 RHK/AJB.(c: attys.) 1pg pg(s) (cc: all counsel)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL