**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARK GARDNER,
et al,

Plaintiffs,

vs. CV 00-2176 RHK/AJB

First American Title
Insurance Company,
et al

Defendants.

**NOTICE OF HEARING**

The Motion for Class Certification is scheduled for October 25, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 2, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed ____ 2002
Richard D. Sletten, Clerk

By: ______________