**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARK GARDNER,
ET AL

Plaintiffs,

vs. CV 00-2176 RHK/AJB

FIRST AMERICAN TITLE INSURANCE
COMPANY et al

Defendants.

**NOTICE OF MOTION HEARING**

The Motion for Class Certification is scheduled for November 22, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

November 1, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed NOV 01 2002
Richard D. Sletten, Clerk

By:____________________