ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MARK GARDNER and DANIELLE BAKER, Plaintiffs, | |
| vs. | Civil File No. 00-CV-2176 RHK/AJB |
| FIRST AMERICAN TITLE INSURANCE COMPANY, UNIVERSAL TITLE COMPANY, and UNIVERSAL PARTNERSHIPS, INC. Defendants. | **STIPULATED ORDER EXTENDING DISCOVERY DEADLINE** |

WHEREAS, despite good faith attempts on the part of both plaintiffs' and defendants' counsel, the depositions of Craig Tupy and Bridget Schmidt could not be taken prior to the discovery deadline of September 1, 2003, and

WHEREAS, plaintiffs' and defendants' counsel both agree to extend the deadline for the purpose of taking the depositions of the above named individuals,

IT IS HEREBY ORDERED that the Joint Motion to Extend Time to Take Depositions is GRANTED. The depositions of Craig Tupy and Bridget Schmidt may proceed at a time mutually agreed on by the parties and witnesses, beyond the fact discovery deadline in effect. Except as provided herein, this Order does not supercede any previous Orders of the Court.

FILED AUG 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ZIMMERMAN REED PLLP

By ______________________
David Cialkowski Minneapolis Ofc.
Hart L. Robinovitch
14646 North Kierland Blvd.
Suite 145
Scottsdale, Arizona 85254
480-348-6400 – Telephone
480-348-6415 – Facsimile

ATTORNEYS FOR PLAINTIFFS

BRYAN CAVE LLP

By ______________________
Charles A. Newman
Douglas W. King
Douglas R. Wilner
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
314-259-2000 – Telephone
314-259-2020 – Facsimile

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

Janice M. Symchych
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402-4501
612-338-1838 – Telephone
612-338-7858 – Facsimile

ATTORNEYS FOR DEFENDANTS

So Ordered this 25th day of August, 2003.

______________________
ARTHUR J. BOYLAN
United States Magistrate Judge