UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARK GARDNER, ET AL.,

Plaintiffs,

v.

FIRST AMERICAN TITLE INSURANCE CO., ET AL.,

Defendants.

Case No. 00-2176 RHK/AJB

NOTICE OF CANCELLATION

---

You are hereby given notice that the settlement conference scheduled to be held on Septmeber 23, 2003 at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been **canceled**.

Plaintiff shall be responsible for notifying the Court as to when the renewed motion for class certification has been ruled on by Judge Kyle. At that time, the Court will discuss with the parties a new date for a settlement conference.

Dated: September 8, 2003

Arthur J. Boylan
U. S. Magistrate Judge

Filed SEP 0 8 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________