C 0 00-2176
RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **March 1, 2004**. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: October 3, 2003.

OCT 0 3 2003
FILED____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

| | | |
|---|---|---|
| 1. | Mark Gardner<br>et al | J. Gordon Rudd Jr.<br>612-341-0400<br>Barry Reed<br>480-348-6400 |
| | vs CV 00-2176 RHK/AJB<br>JURY | |
| | First American Title Insurance<br>Company<br>et al | Charles Newman<br>314-259-2000<br>Janice Symchych<br>612-338-1838<br>Ruon Sawyer<br>612-630-1000 |
| 2. | George L. Wessman Jr. | Thomas Lyons<br>651-770-9707 |
| | vs CV 02-3623 RHK/AJB<br>COURT | |
| | Household International<br>dba Household Retail Services<br>et al | Paul Peterson<br>612-333-3637<br>Michael Browne<br>612-338-0661<br>G. John Cento<br>317-464-1100 |
| 3. | West Bend Mutual Insurance Co. | Joseph Nilan<br>612-338-0755 |
| | vs CV 03-887 RHK/AJB<br>COURT | |
| | American Legion etc. | John Sheran<br>612-335-1500 |

| | | |
|---|---|---|
| 4. | John A. Cuoco | John Cuoco |
| | vs CV 03-1135 RHK/AJB<br>Court | |
| | United State of America<br>et al | Mary Jo Madigan<br>612-664-5600 |