**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mark Gardner, et al.,

Plaintiffs,

v.

First American Title Insurance Company, et al.,

Defendants.

Civil No. 00-2176 (RHK/AJB)

**ORDER**

---

A. This matter is set for trial before the undersigned and a jury beginning at 9:00 a.m. on Wednesday, March 10, 2004 in St. Paul.

B. The following materials are to be **EXCHANGED AND FILED** (<u>all filings shall be in St. Paul</u>) in accordance with the following schedule:

By <u>February 4, 2004</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>February 11, 2004</u>:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

FILED DEC 2 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(3) Replies to Trial Briefs.

By February 17, 2004: Responses to the Written Objections.

C. A final pretrial/status conference will be held at 8:00 a.m. on Tuesday, February 24, 2004 in St. Paul, Minnesota.

Dated: December 22, 2003

RICHARD H. KYLE
United States District Judge