UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Gardner,
Danielle Baker,

Plaintiffs,

vs CV 00-2176 RHK/AJB

First American Title,
Universal Partner,
Universal Title Co.,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 30, 2004.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED JAN 30 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK